### DAVIS v. STATE.
No. 23240.

Court of Criminal Appeals of Texas.
Dec. 5, 1945.

Rehearing Denied Jan. 9, 1946.

A. C. Chrisman, of Cleburne, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of the offense of selling whisky in a dry area and his punishment assessed at $250 fine and thirty days in jail.

The record is before the Court without bills of exception or a statement of facts. The proceedings appear regular in every respect. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.